184 So. 709

### R. J. BARNETT v. STATE.
#### 6 Div. 420.

Supreme Court of Alabama.
Nov. 25, 1938.

A. A. Carmichael, Atty. Gen., and Effie Crittenden, Asst. Atty. Gen., for the motion.

F. D. McArthur, of Birmingham, opposed.

THOMAS, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barnett v. State, 184 So. 702.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.